**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| JODY CRUZ, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PROGENESIS, INC.,<br><br>                    Defendant. | Case No.  26-mc-80052-PHK<br><br>**ORDER RE: MOTION TO QUASH SUBPOENA**<br><br>Re: Dkt. 1 |

Pursuant to Federal Rule of Civil Procedure 45(f), the Motion to Quash [Dkt. 1] is **TRANSFERRED** to the Southern District of California as the issuing court (Case No. 3:24-cv-01789-BJC-AHG).

The Clerk of Court is respectfully directed to transfer the motion and close this case.

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
PETER H. KANG
United States Magistrate Judge

United States District Court
Northern District of California